

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

---

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
SCOTT W. ISEMAN
DANIELLE HOLLEY TANGORRE
FRANCIS J. SMITH, JR.
PAUL C. PASTORE

---

OF COUNSEL
HON. LEONARD A. WEISS
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

---

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
ANDREW KO
SAMANTHA L. FEMIA
MARINA W. CHU

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

March 11, 2021

<u>VIA ECF</u>
Honorable I. Leo Glasser
United States District Court-Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY  11201

**Re:**   **United States v. Anna Steiner**
         **Case Number: 1:19-cr-00295-ILG**

Dear Judge Glasser:

We represent Anna Steiner in the above matter. We write to request a 60-day adjournment of the pretrial conference currently scheduled for March 16. We request that the pretrial conference be moved to on or about <u>May 17, 2021</u> with pretrial motions due <u>May 24, 2021</u>. If granted, we acknowledge that this time will be excluded for Speedy Trial purposes. We have conferred with AUSA Andrew Estes and the Government does not oppose this request.

Thank you for considering this request.

Very truly yours,

O'CONNELL AND ARONOWITZ

By: *[signature]*

Scott W. Iseman, Esq.

cc:   AUSA Andrew Estes, Esq. (VIA ECF)

54 STATE STREET • ALBANY, NY  12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany and Saratoga Springs.
www.oalaw.com